# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:24-cr-00057-MC |
| v. | INFORMATION |
| FRANK BUEHLER, | 21 U.S.C. § 841(a)(1), (b)(1) |
| Defendant. | (C) Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Distribution of Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C))**

On or about December 11, 2020, in the District of Oregon, defendant **FRANK BUEHLER** did unlawfully and knowingly possess with intent to distribute a mixture or substance containing methamphetamine;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**FORFEITURE ALLEGATION**

Upon conviction of either offense in Count 1, defendant **FRANK BUEHLER** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any

Information                                                                                              Page 1

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: February 15, 2024.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney


s/ *John C. Brassell*
JOHN C. BRASSELL, WASB #51639
Assistant United States Attorney